BROWN | POORE LLP
Scott A. Brown (SBN 177099)
David M. Poore (SBN 192541)
1350 Treat Boulevard, Suite 420
Walnut Creek, California 94597
Telephone: (925) 943-1166
Facsimile: (925) 955-8600
sbrown@bplegalgroup.com

Vincent P. Hurley #111215
Ellen S. Lyons #136011
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
28 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendants
CITY OF DEL REY OAKS and RONALD LANGFORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY MUSE,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF DEL REY OAKS; RONALD LANGFORD; and DOES 1-10,<br><br>            Defendants. | Case No. 5:17-cv-05323-NC<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the parties' resolution of this litigation and as memorialized by the parties in a written agreement, Plaintiff HENRY MUSE ("Plaintiff") and Defendants CITY OF DEL REY OAKS, RONALD LANGFORD ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree to entry by the Court of an Order for Dismissal With Prejudice of this entire action, with the Court retaining jurisdiction to enforce the terms of the parties' settlement, should that become necessary. The parties shall bear their own respective attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: September 5, 2018

BROWN | POORE LLP

By: /s/ *Scott A. Brown*
Scott A. Brown
Attorneys for Plaintiff HENRY MUSE

Dated: September 5, 2018

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By: /s/ *Ellen S. Lyons*
Ellen S. Lyons
Attorneys for Defendants CITY OF DEL REY OAKS and RONALD LANGFORD

GENERAL ORDER 45 SUBSECTION (X)(B) ATTESTATION

I hereby attest that concurrence in the filing of the document has been obtained from Scott A. Brown.

 /s/ *Ellen S. Lyons*
Ellen S. Lyons

IT IS SO ORDERED.  **ORDER GRANTED**

DATED: September 6, 2018
HON. NATHANAEL M. COUSINS
United States Magistrate Judge